```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| CHESTER D. AKINS, | : | Civ. Action No. 19-8382 (NLH) |
| Petitioner, | : | |
| v. | : | MEMORANDUM |
| DAVID ORTIZ, | : | |
| Respondent. | : | |

1. Petitioner filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, in which he challenges the calculation of his sentence as it relates to the application of jail time credits. See ECF No. 1.

2. Respondent advised the Court by letter dated April 14, 2019, that Petitioner obtained relief regarding the proper application of his time credits and has now been released from custody. See ECF No. 7.

3. A review of the Federal Bureau of Prisons Inmate Locator webpage confirms that Petitioner was released from federal custody on April 4, 2019.

4. Petitioner has not communicated with the Court since he was released from custody.[1]

---

[1] The Court notes that Petitioner has not updated his address as required by Local Rule 10.1.

5. Because Petitioner is no longer in custody and has received the relief he was requesting, it appeared to the Court that his § 2241 petition should be dismissed as moot for failure to present a case or controversy for which this Court could provide relief. <u>See</u>, <u>e.g.</u>, <u>Scott v. Holt</u>, 297 F. App'x 154, 155 (3d Cir. 2008) (affirming dismissal of § 2241 petition as moot).

6. On May 1, 2019, the Court issued an order to show cause within fourteen (14) days why the Petition should not be dismissed as moot because the Petitioner had obtained in state court the relief he was seeking in this action. <u>See</u> ECF No. 9.

7. Petitioner has failed to show cause or respond in any matter to that Order.

8. As such, the Court will dismiss this Petition pursuant to § 2241 as moot.


Dated: May 30, 2019          s/ Noel L. Hillman
At Camden, New Jersey     NOEL L. HILLMAN, U.S.D.J.